IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
HOUSTON DIVISION

| | |
|---|---|
| **Lanza 360 LLC**<br>    *Plaintiff*<br><br>v.<br><br>**GEOS Worldwide, Ltd.**<br>    *Defendant* | **Civil Action No. _____** |

## NOTICE OF REMOVAL

Defendant, GEOS Worldwide, Ltd. ("GEOS") files this Notice of Removal, removing the above-referenced matter from the 284th Judicial District Court in Montgomery, County Texas, to the United States District Court for the Southern District of Texas, Houston Division. 28 U.S.C. §§ 1441(a), 1446.

### I. Nature of Removed Action

1. GEOS is the defendant in the civil action styled *Lanza 360 LLC v. GEOS Worldwide, Ltd.*, Cause No. 20-12-14891, in the 284th Judicial District in Montgomery County, Texas ("State-Court Action"). The plaintiff in this case, Lanza 360 ("Lanza"), is alleging breach-of-contract and fraud claims against GEOS. In accordance with 28 U.S.C. § 1446(a), GEOS attaches all process, pleadings, and orders in the State-Court Action as Exhibit 1.

### II. Grounds for Removal—Diversity Jurisdiction

2. This Court has original jurisdiction under 28 U.S.C. § 1332(a)(2) because complete diversity exists between all parties and the amount in controversy exceeds $75,000, exclusive of interest, and costs.

### A. There is complete diversity of citizenship among the parties.

3.  Lanza is a Cayman Island LLC with its principal offices in Dallas, Texas. For purposes of diversity jurisdiction, an LLC is considered a citizen of every state of which its members are citizens. *See, e.g., Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) ("[L]ike a partnership, an LLC is a citizen of every state of which its owners/members are citizens."). Rob Dunbar—the sole member of Lanza—is a citizen and domiciliary of Texas. Lanza, therefore, is a citizen of Texas for purposes of diversity jurisdiction under 28 U.S.C. § 1332(a).

4.  GEOS, on the other hand, is a Guernsey Limited Company with a center or nexus of activity in Guernsey (formally registered at Suite 6, Provident House, Havilland Street, St. Peter Port, Guernsey, GY1 2QE.). GEOS has two members: (1) Denis Pomroy—a citizen/domiciliary of California, and (2) Peter Chlubek—a citizen/domiciliary of Guernsey. Contrary to Lanza's allegations, *see* Ex. 1, Pl.'s Pet. ¶ 5, GEOS, a holding company, does not have offices or a principal place of business in Texas. GEOS, therefore, is a citizen of California and Guernsey for the purpose of diversity jurisdiction under 28 U.S.C. § 1332(a), and there is complete diversity in this case. *See id.*

### B. The amount-in-controversy is sufficient for diversity jurisdiction.

5.  Where a plaintiff seeks monetary relief and demands an amount that exceeds the minimum jurisdictional amount of $75,000 (excluding interest and costs), the removing-defendant can rely on that demand to meet the amount-in-controversy requirement for diversity jurisdiction. 28 U.S.C. § 1446(c)(2); *see S.W.S. Erectors, Inc. v. Infax, Inc.,* 72 F.3d 489, 492 (5th Cir. 1996). In its petition, Lanza states that it is seeking monetary relief over $1,00,000.00 in this case, Ex. 1, Pl.'s Pet. ¶ 3, so the amount-in-controversy requirement in 28 U.S.C. § 1332(a) is fully met.

### III. All Other Prerequisites for Removal are Satisfied

6. GEOS timely filed this Notice of Removal. A defendant has "30 days after receipt ... of the initial pleading ... to file the notice of removal." 28 U.S.C. § 1446(b)(2)(B). Lanza filed its Petition in the State-Court Action on December 4, 2020. GEOS, however, did not receive the petition until December 7, 2020, when a third-party to whom Lanza had given a copy emailed it to GEOS' members. GEOS later accepted service through its California counsel, Frank Brucculeri, and returned an executed acceptance of service form to Lanza's counsel on December 22, 2020. Accordingly, GEOS is filing this Notice of Removal within the 30 days required by 28 U.S.C. § 1446(b)(2)(B).

7. This action is properly removed to the United States District Court for the Southern District of Texas, Houston Division, which is "the district and division embracing the place where [the] action is pending." 28 U.S.C. § 1441(a); *see also* 28 U.S.C. § 124(b)(2) (listing the counties within the Southern District of Texas).

8. Lanza demanded a jury in its petition in the State-Court Action. Ex. 1.

9. GEOS has complied with all provisions of 28 U.S.C. § 1446 governing the process for removal. The Court, therefore, has original jurisdiction over this action under 28 U.S.C. § 1332(a), and the State-Court Action is properly removable.

10. There is only one defendant in the State-Court Action, GEOS. There is, therefore, no need to obtain consent to remove from any other party.

11. After filing this Notice of Removal, GEOS will promptly provide written notice of the filing to Lanza and the Clerk of the 284th Judicial District Court in Montgomery County, Texas where the State-Court Action is pending.

12. If any question arises as to the propriety of the removal of this action, GEOS respectfully requests the opportunity to submit additional briefing, be heard at oral argument, and conduct discovery to further support the grounds for jurisdiction set forth in this Notice.

13. By filing this Notice of Removal, GEOS does not waive its right to seek to dismiss this lawsuit on the basis of forum non coveniens or otherwise, and GEOS specifically reserves the right to assert any defenses and/or objections which it may be qualified to assert.

### IV. Conclusion

14. GEOS removes this action now pending in the 284th Judicial District Court in Montgomery County, Texas, Cause No. 20-12-14891, and respectfully requests that this Court accept subject-matter jurisdiction over this action.

Respectfully submitted on January 6, 2021.

Respectfully submitted,

By: */s/ C. Lee Winkelman*
C. Lee Winkelman
State Bar No.: 24042176
So. Dist. Bar No.: 92179
lee@hopkinscentrich.com
Hopkins | Centrich |
Winkelman & Drucker PLLC
150 Pine Forest Drive, Suite 303
The Woodlands, Texas 77380
Telephone: (281) 210-0140
Facsimile: (281) 369-5597

**Attorney-in-Charge for**
**Defendant, GEOS Worldwide, Ltd.**

**Of Counsel:**
Kirby D. Hopkins
State Bar No.: 24034488
So. Dist. Bar No.: 38121
hopkins@hopkinscentrich.com
Alexis Espejel
State Bar No.: 24109846
So. Dist. Bar No.: 3355127
alexis@hopkinscentrich.com
Hopkins | Centrich |
Winkelman & Drucker PLLC
150 Pine Forest Drive, Suite 303
The Woodlands, Texas 77380
Telephone: (281) 210-0140
Facsimile: (281) 369-5597

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2021, I electronically filed the foregoing using the Management/Electronic Case Filing ("CM/ECF") system, which will send a Notice of Electronic Filing to the following CM/ECF participants:

Gregory A. Brassfield, Esq.
John S. Adams, Esq.
Lynn Pinker Hurst & Schwegmann, LLP
2100 Ross Ave., Suite 2700
Dallas, Texas 75201
gbrassfield@lynnllp.com
jadams@lynnllp.com

Counsel for Plaintiff, Lanza 360 LLC

*/s/ C. Lee Winkelman*
C. Lee Winkelman